UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>GILL DEWAYNE GARRETT<br>    Defendant. | CRIMINAL NO. 5:15-72-KKC<br><br><br>**JUDGMENT** |

\* \* \* \* \* \* \* \* \*

In accordance with the opinion and order entered on this date, the Court herby ORDERS and ADJUDGES as follows:

1) Defendant Gill Dewayne Garrett's motion to vacate under 28 U.S.C. § 2255 (DE 136) is DENIED;

2) this judgment is FINAL and APPEALABLE;

3) a certificate of appealability will not be issued, Garrett having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4) This matter is STRICKEN from the Court's active docket.

Dated July 13, 2018.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY